UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANYFER EDUARDO LOPEZ-SALES,<br>Petitioner,<br>v.<br>OTAY MESA DETENTION CENTER,<br>Respondent. | Case No. 26-cv-5040-BTM-JLB<br><br>ORDER GRANTING PETITIONER'S COUNSEL'S REQUEST FOR PERMISSION TO FILE AN AMENDED PETITION FOR A WRIT OF HABEAS CORPUS ON OR BEFORE OCTOBER 5, 2026 |

Based on the reasons set forth in the STATUS REPORT timely submitted by Petitioner's appointed counsel on September 30, 2026, which was Docketed as Document no. 11, and GOOD CAUSE APPEARING, the Court GRANTS Petitioner's Request to Submit an Amended Petition for a Writ of Habeas Corpus five (5) days to Monday, October 5, 2026.

Respondent's return shall be filed no later than 14 days after the amended petition is filed.

Petitioner may file a Traverse no later than 7 days after Respondent's return is filed.

All other orders stated in the Court's order granting Petitioner's request to substitute Heather L. Beugen as appointed counsel in this case (Doc. 10), are incorporated herein and remain in effect.

IT IS SO ORDERED.

Dated: October 5, 2026

Honorable Barry Ted Moskowitz
United States District Judge