**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANYFER EDUARDO LOPEZ-SALES,<br>Petitioner,<br>v.<br><br>OTAY MESA DETENTION CENTER,<br>Respondent. | Case No.: 3:26-cv-05040-BTM-JLB<br><br>**ORDER REQUIRING SUPPLEMENTAL BRIEFING** |

The Respondent is ordered to file supplemental briefing no later than fourteen (14) days from the date of this order responding to the new claims argued in the Traverse.

**IT IS SO ORDERED.**

Dated: October 29, 2026

Honorable Barry Ted Moskowitz
United States District Judge